```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE QUEZADA, on behalf of himself and
all others similarly situated,

                              Plaintiffs,                21-CV-1790 (PAE) (KHP)

          -against-                          ORDER SCHEDULING SETTLEMENT
                                                          CONFERNCE

MAD COW MEMORIES, LLC,

                             Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

        A settlement conference in this matter is scheduled for **Thursday, September 30, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **September 23, 2021 by 5:00 p.m.**

        **SO ORDERED.**

DATED:    New York, New York
               July 26, 2021

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge