USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/16/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE QUEZADA, on behalf of himself and
all others similarly situated,

                              Plaintiffs,          **21-CV-1790 (PAE) (KHP)**

        -against-                          **ORDER  CONVERTING**
                                                       **SETTLEMENT CONFERNCE TO**
MAD COW MEMORIES, LLC,                        **TELEPHONIC**

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Settlement Conference in this matter scheduled for **Thursday, September 30, 2021 at 2:00 p.m.** is hereby converted to a telephonic conference.  The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security code will be emailed to counsel by chambers for his proceeding**

          SO ORDERED.

DATED:       New York, New York
                  September 16, 2021

                                                         */s/ Katharine H. Parker*
                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge