USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE QUEZADA, on behalf of himself and
all others similarly situated,

                              Plaintiffs,                  **21-CV-1790 (PAE) (KHP)**

          -against-                      **ORDER ADJOURNING**
                                                           **SETTLEMENT CONFERNCE**

MAD COW MEMORIES, LLC,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on September 17, 2021 (doc. no 19) the Settlement Conference in this matter currently scheduled for **September 30, 2021** is hereby adjourned *sine die*.

                **SO ORDERED.**

DATED:      New York, New York
                 September 19, 2021

                                                        _____
                                                         KATHARINE H. PARKER
                                                        United States Magistrate Judge